**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Ricky Lee PRITCHETT, Defendant— Appellant.**

**No. 09–7149.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 10, 2009.

Decided: Sept. 16, 2009.

Ricky Lee Pritchett, Appellant Pro Se. Ronald Andrew Bassford, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ricky Lee Pritchett appeals the district court's order denying his motion to recuse the district judge. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Pritchett,* No. 4:03–cr–70162–jlk–1 (W.D.Va. May 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*